IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEOPOLDO AGUADO GUEL                               PLAINTIFF

v.            Civil No. 06-5091

DEPUTY LARKIN; and
DEPUTY R. BRYSON                              DEFENDANTS

## **ORDER**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **September 27, 2006**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 18th day of July 2006.

                                                         /s/ Beverly Stites Jones
                                                         UNITED STATES MAGISTRATE JUDGE