IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


LEOPOLDO AGUADO GUEL                                                  PLAINTIFF


            v.                          Civil No. 06-5091


DEPUTY LARKIN; and
DEPUTY R. BRYSON                                                     DEFENDANTS


**O R D E R**

On September 14, 2006, defendants filed a summary judgment motion (Doc. 12).  To

assist plaintiff in responding to the summary judgment motion, the undersigned is propounding

a questionnaire.  The court will consider plaintiff's response to the questionnaire in issuing a

report and recommendation on the summary judgment motion.

For this reason, Leopoldo Aguado Guel is hereby directed to complete, sign, and return

the attached response to defendants' summary judgment motion on or before **January 16, 2007**.

**Plaintiff's failure to respond within the required period of time may subject this matter to**

**dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 12th day of December 2006.


                                    /s/ Beverly Stites Jones
                                    UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


LEOPOLDO AGUADO GUEL                                                    PLAINTIFF

                    v.                    Civil No. 06-5091

DEPUTY LARKIN; and
DEPUTY R. BRYSON                                                        DEFENDANTS


**RESPONSE TO SUMMARY JUDGMENT MOTION**

TO:  LEOPOLDO AGUADO GUEL

       These questions and answers will serve as your response to defendants' motion for

summary judgment.  You may use additional sheets of paper in responding to these questions.

You must file this response by **January 16, 2007.**

       1.  You were booked into the Benton County Detention Center (BCDC) on February

8, 2006, on a hold for the Immigration and Customs Enforcement (ICE).

       Agree_____ Disagree_____Without knowledge to agree or disagree_____.

       If you disagree, explain.  In explaining, please refer to defendants' exhibit 1.


_____

_____

_____

_____

       2.  You had re-entered the United States after having been previously deported.

       Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-2-

AO72A
(Rev. 8/82)

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

3. You remained incarcerated at the BCDC until July 20, 2006.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1.

_____

_____

_____

_____

4. Was the pending criminal charge the sole reason you were detained?

Answer:  Yes _____ No _____.

If you answered no, please state if you were serving a sentence, or if your probation,

parole, or supervised release had been revoked.

_____

_____

_____

_____

_____

-3-

5.  You completed and signed a medical questionnaire at the time of intake and listed no health problems.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 1.

_____

_____

_____

_____

6.  On March 1, 2006, you requested the numbers for your lawyer and were instructed to ask a pod deputy for the information.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 1.

_____

_____

_____

_____

7. On March 28, 2006, at approximately 11:00, you complained to Deputy Larkin that there were gnats in your rice.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 1.

_____

_____

-4-

_____

_____

8.  Larkin inspected your tray and did not observe anything wrong with your rice.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 1.

_____

_____

_____

_____

9.  Larkin noticed there was an extra tray remaining on the cart which he could give you.  He took the meat off the tray because you had already eaten your meat and Larkin gave you the other tray.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 1.

_____

_____

_____

_____

10.  Approximately five minutes later, you pushed the emergency button in D-150.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 1.

_____

-5-

_____

_____

_____

11. When Larkin asked what you wanted, you told he that you had not received any

meat.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 1.

_____

_____

_____

_____

12.  Larkin told you that the second tray you received contained the same amount of

food as the tray you rejected.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 1.

_____

_____

_____

_____

13. You walked back to your table, dropped your tray, and kicked it against the door

to pod control.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-6-

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 1.

_____

_____

_____

_____

14.  Corporal Bryson and Larkin entered D-150 and you laid down on your stomach as they entered the pod.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 1.

_____

_____

_____

_____

15.  Bryson and Larkin ordered you to stand up and put your hands behind your back.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 1.

_____

_____

_____

_____

16. You stood up but did not put your hands behind your back.  Bryson reached for your left wrist.

-7-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 1.

_____

_____

_____

_____

17.  You pulled your arm away, balled up your fist, and took an aggressive stance.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 1.

_____

_____

_____

_____

18.  Larkin took your left arm and struck you with his knee in the left common peroneal.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 1.

_____

_____

_____

_____

19.  Bryson and Larkin then escorted you out of the pod.  You began to resist and

-8-

were placed on the floor.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 1.

_____

_____

_____

_____

20.  Deputy Undiano handcuffed you.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 1.

_____

_____

_____

_____

21.  Bryson and Larkin helped you to your feet and escorted you to E-103 to be placed in disciplinary lockdown.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 1.

_____

_____

_____

_____

-9-

22.  As you entered the E-103 pod hallway, you began to resist.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 1.

_____

_____

_____

_____

23.   You were placed against the wall and Larkin ordered you not to resist.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 1.

_____

_____

_____

_____

24.  You were escorted to cell 134 in pod E-103.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 1.

_____

_____

_____

_____

25.  You were charged with refusing to obey the order of a deputy, failing to place

-10-

your hands behind your back, and trying to assault jail staff.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 5 at page 1.

_____

_____

_____

_____

26.  You received a disciplinary hearing on March 28, 2006.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 5 at page 1.

_____

_____

_____

_____

27.  In your defense, you stated that you were not a violent person and were only

asking for a new tray.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 5 at page 1.

_____

_____

_____

_____

-11-

28.   You were found guilty of a disciplinary violation and given thirty days lockdown and loss of privileges.

Agree_____   Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 5 at page 1.

_____

_____

_____

_____

_____

_____

_____

29.   You appealed the decision and the decision was upheld.

Agree_____   Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 5 at page 1.

_____

_____

_____

_____

30.   On March 29, 2006, you requested an address for the United States District Court Clerk and one was provided.

Agree_____   Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 2.

-12-

_____

_____

_____

_____

    31.  On March 30, 2006, you requested medical treatment.  You stating you were

growing some sort of knots on both sides of your neck that looked like boils.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 2.

_____

_____

_____

_____

    32.  On April 3, 2006, Nurse McDonald attempted to examine you but you refused to

see her.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 4.

_____

_____

_____

    33.  On April 21, 2006, you submitted a request.  You stated your lockdown was

almost up and you requested protective custody for the remainder of your stay in this country

because of enemies you had made in D block or pod.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 3 at page

3.

_____

_____

_____

_____

_____

_____

_____

34.  You were informed that when you were released from lockdown you would be

placed in protective custody.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 5 at page 2.

_____

_____

_____

_____

_____

_____

_____

35.  On May 23, 2006, you requested medical treatment for a fever, sore throat, and

AO72A
(Rev. 8/82)

stuffy nose.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 3.

_____

_____

_____

_____

36.  You were examined by Nurse McDonald on May 25th and given Ibuprofen and

Benadryl.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 4.

_____

_____

_____

_____

37.  You received the prescribed medication.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 5.

_____

_____

_____

_____

-15-

38.  On June 17, 2006, Deputy Lee reported that you and several other inmates refused to obey a command to line up by your cell doors.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 5.

_____

_____

_____

_____

39.   After you and the other inmates finally lined up, you and the other inmates began to get loud and yell when Lee told you that you would be locked down for refusing to obey the order of a deputy.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 5.

_____

_____

_____

_____

_____

_____

_____

40.   Lee and Larkin collected the mats and shook the pod down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-16-

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 5.

_____

_____

_____

_____

_____

_____

_____

41.  You received a disciplinary hearing and were given ten days lockdown and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 5 and exhibit 5 at page 3.

_____

_____

_____

_____

42.  Sgt. Faulkenbury reported on July 8, 2006, while passing your cell he heard someone say: "There he is, by the door."  You then reached out, grabbed the door handle, and violently shook the door to D-150.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 6.

-17-

_____

_____

_____

_____

43.  Faulkenbury opened the door and instructed you to step out into the pod area.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 6.

_____

_____

_____

_____

44.  You stated that you had shaken the door to get Faulkenbury's attention because you needed another sock.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 6

_____

_____

_____

_____

_____

_____

_____

-18-

45.  You were locked down and escorted to your cell to gather your belongings by Deputy Grant.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 6.

_____

_____

_____

_____

46(A).  You received a disciplinary hearing on July 8, 2006, for refusing the order of a deputy, making excessive noise, banging on cell doors, and crossing the red line without permission.   You were found guilty and given ten days lockdown and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 5 at page 5.

_____

_____

_____

_____

_____

_____

_____

(B).  At the hearing, you stated you saw Faulkenbury through the window and pushed on the door to get his attention.

-19-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 5 at page 4.

_____

_____

_____

_____

(C).  When you appealed, Lt. Carter noted you stated that you grabbed the door to shake it and admitted to not waiting for the officer to come back into the pod.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 5 at page 5.

_____

_____

_____

_____

47.  On July 10, 2006, you submitted a grievance complaining that you had been put on lockdown for trying to solve a problem.  You indicated you needed a sock and had pressed the button in your cell and down at the public restroom and explained that you needed a sock only to be told who cares.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 4.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

48.  You stated you then pressed at the door trying to get the attention of the passing

sergeant and ended up getting put on lockdown.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 4.

_____

_____

_____

_____

49.  In response to your grievance, you were told you could appeal your lockdown.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit C-2 at page

19.

_____

_____

_____

_____

_____

_____

_____

_____

-21-

_____

50.  On July 12, 2006, you submitted a request to be moved.  You stated the person you were housed with liked to start problems and liked to be alone.  Jail personnel responded that you should follow the rules and learn to get along.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' 3 at page 5.

_____

_____

_____

_____

_____

_____

_____

51.  On July 19, 2006, you requested the address of the County Clerk's Office because you wanted to file a divorce.  You were given the address.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 6.

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

52.  You did not submit a grievance about Larkin or Bryson using physical force against you on March 28, 2006.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you maintain you did submit a grievance, please attach a copy of the grievance to this response.  If you did not submit a grievance, please explain in detail why you did not submit a grievance.

_____

_____

_____

_____

_____

_____

53.  You were not injured as a result of the use of any physical force against you by Bryson or Larkin on March 28, 2006.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please describe:  (a) any injuries you suffered; (b) any medical treatment you received as a result of the injuries; and (c) how long it took you to recover from the injuries.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

54.   You did not submit a request for medical care as a result of any injuries you

received on March 28, 2006.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

55.  Please explain in detail how you believe each of the following defendants used

excessive physical force against you:

Deputy Larkin:

_____

_____

_____

_____

_____

_____

-24-

Deputy Bryson:

-25-

_____

_____

_____

_____

56.  Under § 1983, individuals can be sued in their official capacities or in their individual capacities or in both their individual and official capacities.  A suit against an individual in his official capacity is the same as a suit against the governmental entity for which he works.  An official capacity claim requires the showing of a custom or policy and proof that the custom or policy was the moving force behind the constitutional violation.  An individual capacity claim seeks to hold the defendant personally liability for his unconstitutional actions.  In your complaint you failed to state if you were intending to sue each defendant in his official capacity, in his individual capacity, or in both capacities.  Please indicate which capacity or capacities you intended to sue each defendant in.

Answer:

_____

_____

_____

_____

_____

Detail below any further response you would like to make to defendants' summary judgment motion.  If you have any exhibits you would like the court to consider, you may attach them to this response.

-26-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

     EXECUTED ON THIS _____ DAY OF _____ 2006.


_____

     LEOPOLDO AGUADO GUEL

-27-