IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEOPOLDO AGUADO GUEL                                                              PLAINTIFF

       v.                              Civil No. 06-5091

DEPUTY LARKIN; and
DEPUTY R. BRYSON                                                                DEFENDANTS

## **ORDER**

    Mail sent by the court to the plaintiff at the United States Penitentiary in Atlanta, Georgia, has been returned as undeliverable. Plaintiff has failed to inform the court of his change in address. However, the court has learned via the website maintained by the Federal Bureau of Prisons that plaintiff was transferred to a facility in Florida.

    The court hereby directs the same to be entered of record this date and a file-marked copy provided to all parties of record. The clerk is also directed to re-mail to plaintiff any pleadings or correspondence which may have been returned as undeliverable.

    Plaintiff's new address is:

        Mr. Leopoldo Aguado-Guel
        #07534-010
        USP Coleman I
        U.S. Penitentiary
        P.O. Box 1033
        Coleman, FL  33521

    IT IS SO ORDERED this 23rd day of May 2007.

                                              /s/ *J. Marschewski*
                                              HON. JAMES R. MARSCHEWSKI
                                              UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)