```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

LEOPOLDO AGUADO GUEL                                              PLAINTIFF

        v.         Civil No. 06-5091

DEPUTY LARKIN; and
DEPUTY R. BRYSON                                                  DEFENDANTS

### O R D E R

Now on this 11th day of September, 2007, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #26), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, defendants' **Motion For Summary Judgment** is **denied**, and this matter is **remanded** to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED.**

                                         /s/ Jimm Larry Hendren
                                      JIMM LARRY HENDREN
                                      UNITED STATES DISTRICT JUDGE