IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEOPOLDO AGUADO GUEL                                                            PLAINTIFF

      v.                              Civil No. 06-5091

DEPUTY LARKIN; and
DEPUTY R. BRYSON                                                                DEFENDANTS

## ORDER

On March 4, 2008, the plaintiff filed a motion for an order of protection (Doc. 41). This case is scheduled for a non-jury trial on April 22, 2008. When plaintiff is brought here from the Federal Prison in Coleman, Florida, to which he is assigned pursuant to the writ of habeas corpus ad testificandum issued by the court, he asks that the United States Marshal Service be ordered to house him where he will be safe from the defendants. Plaintiff notes that he was assaulted once by the defendants. Plaintiff states he has reason to believe defendants will interfere with his ability to present his case. Plaintiff does not state what his reason is, or reasons are, to believe defendants will interfere with his ability to present the case.

There are no grounds to grant this motion. First, this court does not ordinarily interfere with the decision of custodial entities on where to house prisoners. Second, there is nothing before the court to suggest plaintiff will be housed in Benton County once transported here by the United States Marshal Service. Third, plaintiff makes only the bare assertion that he has reason to believe, if he is housed in Benton County, that defendants will interfere with his ability to present his case. He does not support this assertion. The motion for order of protection (Doc. 41) is denied.

IT IS SO ORDERED this 10th day of March 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE