IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEOPOLDO AGUADO GUEL                                       PLAINTIFF

v.                  Civil No. 06-5091

DEPUTY LARKIN; and
DEPUTY R. BRYSON                                         DEFENDANTS

## **JUDGMENT**

For the reasons stated in a memorandum opinion of even date, the court finds judgment should be and hereby is entered in the defendants' favor. This action is dismissed with prejudice.

DATED this 6th day of May 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)